UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                      :        CASE NO 07-13172
                                                     CHAPTER 13
ERIC C. FELTNER
KRISTIE L. FELTNER                          :        JUDGE BETH A. BUCHANAN
        DEBTORS

                                            :        NOTICE OF TRANSMITTAL OF
                                                     UNCLAIMED FUNDS

        Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

        The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

Check No.                    Amount
 918005                      $5.20


Creditor(s)
Obstetrics & Gynecology
3050 Mack Road #375
Fairfield, Ohio 45014-5378



                                            Respectfully submitted,


                                    /s/    Margaret A. Burks, Esq.
                                            Margaret A. Burks, Esq.
                                            Chapter 13 Trustee
                                            Attorney No. OH 0030377

                                            Francis J. DiCesare, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0038798

                                            Karolina F. Perr, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0066193

                                            600 Vine Street, Suite 2200
                                            Cincinnati, OH 45202
                                            (513) 621-4488
                                            (513) 621 2643 (Facsimile)
                                            mburks@cinn13.org - Correspondence only
                                            fdicesare@cinn13.org
                                            kperr@cinn13.org
                                            cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, July 20, 2011.

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.

Obstetrics & Gynecology
3050 Mack Road #375
Fairfield, Ohio 45014-5378

Debtor(s) Counsel
LYNN A. LAPE, ESQ.
5451 NORTH BEND ROAD, SUITE 105B
CINCINNATI, OH  45247

Debtor(s)
ERIC C. FELTNER
KRISTIE L. FELTNER
241 CHAMBERLIN DRIVE
HAMILTON, OH  45013

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)